No. 1503, Misc. DE LA O v. CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se*. *Stanley Mosk*, Attorney General of California, *William E. James*, Assistant Attorney General, and *Gordon Ringer*, Deputy Attorney General, for respondent.

No. 840, Misc. JENNINGS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Jerry D. Anker* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1365, Misc. KAPSALIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Frank G. Uriell* and *William A. Carey* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1178, Misc. WHALEY v. KIRBY ET AL. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 1256, Misc. SCARBECK v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Samuel C. Klein* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Robert S. Brady* for the United States.